110 A.3d 929

BRIAN DUNKLEY, PLAINTIFF–PETITIONER, v. S.
CORALUZZO PETROLEUM TRANSPORTERS,
DEFENDANT–RESPONDENT.

March 16, 2015.

A petition for certification of the judgment in A–003252–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to reconsider in light of *Aguas v. State of New Jersey*, 220 *N.J.* 494, 107 *A.*3d 1250 (2015). On reconsideration, the Appellate Division is requested to address, at a minimum, the following: whether there is a genuine issue of material fact with respect to plaintiff's direct claim for negligence under the Law Against Discrimination (LAD), *N.J.S.A.* 10:5–1 to –49, based on a hostile work environment; and whether there is a genuine issue of material fact with respect to plaintiff's claim for vicarious liability for the actions of a supervisor under the LAD based on a hostile work environment. Jurisdiction is not retained.